UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ANTHONY SEXTON,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　vs.<br><br>MATTHEW CATE, Secretary,<br><br>　　　　　　　　　　　Respondent. | Civil No.   09cv1069-L (POR)<br><br>**ORDER SUA SPONTE<br>SUBSTITUTING RESPONDENTS** |

　　　　On May 14, 2009, Petitioner, a state prisoner proceeding pro se and in forma pauperis, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, naming Derral G. Adams, the Warden of the institution where Petitioner was confined at that time as Respondent. Petitioner has now filed a notice of change of address indicating he has been transferred to another institution. (Doc. No. 11.)

　　　　Because Petitioner's place of confinement has changed, the Warden of his previous place of confinement is no longer a proper Respondent to this action. A writ of habeas corpus acts upon the custodian of the state prisoner. See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. In order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as Respondent. See Ortiz-

1  Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254
2  proceedings may be the chief officer in charge of state penal institutions).
3        The Clerk of the Court shall modify the docket to reflect "Matthew Cate, Secretary" as
4  Respondent in place of "Derral G. Adams, Warden."
5        **IT IS SO ORDERED.**
6  DATED: November 20, 2009

                                                _Louisa Porter_
                                                LOUISA S PORTER
                                                United States Magistrate Judge

CC:      ALL PARTIES